IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN P. DIAL                                                                      PLAINTIFF

v.                                    NO. 5:13-CV-05089-TLB

DANIEL WALKER                                                                     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 13).

It appearing that the parties are in agreement, it is ORDERED that the parties' Joint Motion (Doc. 13) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED this 8th day of April, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE