IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN P. DIAL                                                                                    PLAINTIFF

v.                                             NO. 5:13-CV-05089-TLB

DANIEL WALKER                                                                                  DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of April, 2014.

                                                    /s/ Timothy L. Brooks
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE